## (February 18, 1943.)

DELIA KELLY et al., Respondents, v. MAURICE H. ROSE, Appellant, et al., Defendants.— Close, P. J., Johnston, Adel, Taylor and Lewis, JJ., concur.

In the Matter of ADAM KONOPKA, Petitioner, against HENRY E. BRUCKMAN et al., Constituting the New York State Liquor Authority, Respondents.— 

No opinion. Close, P. J., Carswell, Johnston and Taylor, JJ., concur; Lewis, J., dissents and votes to annul the determination, with the following memorandum: The conclusion of the State Liquor Authority is based wholly upon inferences which are not warranted by the proof. There is no evidence to justify the revocation.